1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 34 CABOT HOLDINGS, LLC, a California limited liability company,<br><br>   Plaintiff,<br><br>   v.<br><br>GREGORY CARGILL, an individual; JOHN FURNARI, an individual; and DOES 1 through 10, inclusive,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. 2:17-cv-8117-JAK (JPRx)<br><br>**JUDGMENT**<br><br>**JS-6** |

# JUDGMENT

WHEREAS, on November 7, 2017, Plaintiff and Counter-Defendant 34 Cabot Holdings, LLC ("Plaintiff") filed a Complaint for (1) Declaratory Relief and (2) Money Had and Received (the "Complaint") against Defendants and Counter-Claimants Gregory Cargill and John Furnari (collectively, "Defendants")[1];

WHEREAS, on December 21, 2017, Defendants filed a Counterclaim against 34 Cabot;

WHEREAS, from November 18 to November 20, 2020 and on November 23 and 30, 2020, a bench trial was conducted on 34 Cabot's Complaint and Defendants' Counterclaim;

WHEREAS, on September 17, 2021, the Court issued its Decision Following Bench Trial (the "Bench Decision"); and

WHEREAS, in its Bench Decision, the Court found that (1) Plaintiff has established by a preponderance of the evidence that it overpaid Defendants by $90,370.42; (2) Defendants have established that they were underpaid by Plaintiff by $17,600.00; (3) Plaintiff is entitled to prejudgment interest on the amount owed to it from June 13, 2017 in the amount of $38,615.93; (4) Defendants are entitled to prejudgment interest on the amount owed to them from June 13, 2017 in the amount of $7,420.93; and (4) neither Party is a prevailing party and thus neither Party is entitled to attorneys' fees or costs.

---

[1] Plaintiff and Defendants are collectively referred to herein as the "Parties."

**NOW, THEREFORE**, it is hereby **ADJUDGED AND DECREED** that 34 Cabot shall recover from Defendants, jointly and severally, the net sum of $103,965.42, inclusive of prejudgment interest through September 17, 2021, plus additional prejudgment interest of $19.93710 per day from September 17, 2021 through the date of entry of this Judgment, and post-judgment interest at the legal rate, with each of the Parties to each bear its own respective attorney's fees and costs, and that Defendants, and each of them, shall recover nothing against 34 Cabot in this action after offsetting the amounts set forth above.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: May 4, 2022

_____
John A. Kronstadt
United States District Judge